UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 22-7386 FMO (RAOx) | Date | June 6, 2024 |
|---|---|---|---|
| Title | Jonathan Beer v. GoBrands, Inc. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge |
|---|---|

| Vanessa Figueroa | Miranda Algorri | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| Grace Bennett | Daniel Dolt |

**Proceedings:** **Final Approval/Fairness Hearing; Plaintiff's Motion for Attorneys' Fees, Costs and Incentive Awards [34]; Joint Motion for Final Approval of Class Action Settlement [35]**

Court and counsel confer briefly regarding the pending motions and the CAFA Notice.

The motions are taken under submission. An order with rulings on the motions will issue.

|  | 00 : 03 |
|---|---|
| | Initials of Preparer   vdr |